SOUTH ARM LUMBER CO. *v.* SILVERTHORNE.

APPEAL AND ERROR—QUESTIONS CONSIDERED—QUESTIONS ARGUED.
Reversal will be granted only on some ground urged in appellant's original brief.

Appeal from Marquette; Stone, J. Submitted November 17, 1904. (Docket No. 99.) Decided December 14, 1904.

Bill by the South Arm Lumber Company against Asa K. Silverthorne and others, copartners as Silverthorne & Co., to enforce a lien for the sawing of certain lumber. From a decree for complainant, defendants appeal. Affirmed.

*A. B. Eldredge* and *A. F. Miller*, for complainant.

*Clark & Pearl*, for defendants.

CARPENTER, J.   Complainant sawed a quantity of lumber for defendants.   He brings this suit to enforce a lien against a part of that lumber for a balance of the saw bill claimed to be unpaid.

The only ground stated in defendants' original brief for the reversal of the decree—and this, therefore (see *Gould v. Gregory*, 133 Mich. 382), is the only ground upon which we should reverse it—is that the trial court reached a wrong conclusion from the testimony.

It is urged that the proper conclusion of fact to be drawn from this testimony is, not that there was a balance of $1,700 due complainant, as the learned trial judge found, but that it had been paid by defendants.

It is sufficient to say that a careful examination of the testimony convinces us that the trial court reached a correct conclusion.

The decree is therefore affirmed, with costs.

The other Justices concurred.